```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

TRUDY NOLLES, ANGIE PALMER    )
and DAVID M. JEFFREY,         )
                              )
          Plaintiff,          )           8:06CV422
                              )
     v.                       )
                              )
THE STATE COMMITTEE FOR THE   )           ORDER
REORGANIZATION OF SCHOOL      )
DISTRICTS, KENDALL MOSELEY,   )
GIL KETTELHUT, TERESA HAWK,   )
GERRY OSBORN and TERRY lOSHEN,)
                              )
          Defendant.          )
_____)
```

After telephonic conference with counsel,

IT IS ORDERED:

1) Defendant shall have until August 18, 2006, to file their brief on dispositive issues;

2) Plaintiffs shall have until September 1, 2006, to file their brief on the merits;

3) Defendants shall have until September 22, 2006, to respond to plaintiffs' brief on the merits.

4) Plaintiffs shall have until September 29, 2006, to file a reply brief.

5) Oral argument and submission of evidence is scheduled for:

**Thursday, October 5, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse 111 South 18th Plaza, Omaha, Nebraska.

DATED this 2nd day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court