IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TRUDY NOLLES, ANGIE PALMER    )
and DAVID M. JEFFREY,         )
                              )
           Plaintiff,         )          8:06CV422
                              )
     v.                       )
                              )
THE STATE COMMITTEE FOR THE   )          ORDER
REORGANIZATION OF SCHOOL      )
DISTRICTS, KENDALL MOSELEY,   )
GIL KETTELHUT, TERESA HAWK,   )
GERRY OSBORN and TERRY lOSHEN,)
                              )
           Defendant.         )
_____)
```

After telephonic conference with counsel,

IT IS ORDERED:

1) Defendants shall have until September 29, 2006, to respond to plaintiffs' brief on the merits.

4) Plaintiffs shall have until October 6, 2006, to file a reply brief.

5) Oral argument and submission of evidence is rescheduled for:

**Monday, October 16, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court