IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRUDY NOLLES, ANGIE PALMER, and DAVID M. JEFFREY,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE COMMITTEE FOR THE REORGANIZATION OF SCHOOL DISTRICTS, KENDALL MOSELEY, GIL KETTELHUT, TERESA HAWK, GERRY OSBORN AND TERRY LOSHEN,<br><br>Defendants. | Case No. 8:06CV422<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff/defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Joint Exhibit Nos. 1 - 36  - evidentiary hearing  - October 16, 2006

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 12th day of May, 2010.

s/ Lyle E. Strom
United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07